**Order entered April 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01503-CV

### IN RE LAKEITH AMIR-SHARIF, Relator

**Original Proceeding from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-7655-S**

## ORDER

The Court has before it relator's March 29, 2012 request for Court to take judicial notice

of the respondent's failure to act. The Court **DENIES** the request.

/s/     JIM MOSELEY
          JUSTICE